**Theodore FLAX, Plaintiff–Respondent,**

v.

**Molly K. FLAX, Defendant–Appellant.**

**No. 57209.**

Missouri Court of Appeals,
Eastern District,
District Three.

Sept. 18, 1990.

Shaw, Howlett & Knappenberger, Clayton, for defendant-appellant.

Mary Ann Weems, Clayton, for plaintiff-respondent.

ORDER

PER CURIAM.

This is an appeal from the court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).